1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    DOYLE DEAN HARTLINE,                    No.  2:14-cv-0635 KJM AC PS

11                  Plaintiff,

12         v.                                 ORDER

13    NATIONAL UNIVERSITY,

14                  Defendant.

15

16         Plaintiff is proceeding in this action in pro per and has requested leave to proceed in forma

17    pauperis pursuant to 28 U.S.C. § 1915.  This matter is before the undersigned pursuant to Local

18    Rule 302(c)(21).

19         Plaintiff has submitted an affidavit making the showing required by 28 U.S.C.

20    § 1915(a)(1).  Accordingly, the request to proceed in forma pauperis will be granted.

21         The determination that plaintiff may proceed in forma pauperis does not complete the

22    required inquiry.  Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at

23    any time if it determines the allegation of poverty is untrue, or the action is frivolous or malicious,

24    fails to state a claim on which relief may be granted, or seeks monetary relief against an immune

25    defendant.  The court cannot make this determination on the present record.  Therefore, the court

26    reserves decision on these issues until the record is sufficiently developed.

27    ////

28    ////

Good cause appearing, IT IS ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is granted.

2. Service is appropriate for the following defendant: National University.

3. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Federal Rule of Civil Procedure 4, including a copy of this court's status order, without prepayment of costs.

4. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant, one summons, a copy of the complaint, an appropriate form for consent to trial by a magistrate judge, and this court's status order.

5. Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process, and shall file a statement with the court that said documents have been submitted to the United States Marshal. The court anticipates that, to effect service, the U.S. Marshal will require at least:

   a. One completed summons for each defendant;

   b. One completed USM-285 form for each defendant;

   c. One copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal;

   d. One copy of this court's status order for each defendant; and

   e. One copy of the instant order for each defendant.

6. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

7. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

////

////

////

////

8.  Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: April 15, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE