UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYLE DEAN HARTLINE,<br><br>              Plaintiff,<br><br>    v.<br><br>NATIONAL UNIVERSITY,<br><br>              Defendant. | No.  2:14-cv-0635 KJM AC (PS)<br><br>ORDER CONTINUING INITIAL STATUS CONFERENCE |

In light of defendant's Motion to Dismiss (ECF No. 32), which seeks to dismiss plaintiff's First Amended Complaint in its entirety, and good cause appearing, the initial status conference, currently scheduled for May 20, 2015, is hereby CONTINUED to October 28, 2015, at 10:00 a.m.

DATED:  May 14, 2015.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1