UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYLE DEAN HARTLAND, | No. 2:14-cv-0635 KJM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| NATIONAL UNIVERSITY, | |
| Defendant. | |

Plaintiff is proceeding in this action in pro per and in forma pauperis. On February 4, 2016, the district judge presiding over this case dismissed plaintiff's First Amended Complaint, and granted plaintiff leave to amend specified claims within 30 days. ECF No. 55.

Plaintiff now requests a sixty-day extension of time to amend his claims, based upon his medical conditions. ECF Nos. 56, 59. Defendant opposes the request, arguing that plaintiff has filed "numerous lengthy pleadings, affidavits and other documents in quick succession throughout the course of this litigation," and thus has failed to show "good cause" for any extension. ECF No. 58. This matter was referred to the undersigned by E.D. Cal. R. 302(c)(21).

The court has reviewed the papers and concludes that plaintiff is entitled to an extension of time to amend his claims. He will be granted an additional thirty days, giving him a total of sixty days from the date of the court's February 4, 2016 order, to amend his complaint.

////

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted a thirty day extension of time to file his complaint, beyond the thirty days already granted by the court's order of February 4, 2016. Thus, the deadline for plaintiff to file his second amended complaint is April 4, 2016.

DATED: February 24, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE