SANDRA L. McDONOUGH (SBN 193308)
EVAN A. PEÑA (SBN 268510)
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant NATIONAL UNIVERSITY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYLE DEAN HARTLINE,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL UNIVERSITY,<br><br>    Defendant. | Case No. 2:14:CV-0635 KJM AC PS<br><br>**DEFENDANT NATIONAL UNIVERSITY'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**[Fed. R. Civ. P. 12(b)(1) & (6)]**<br><br>Date:  June 8, 2016<br>Time:  10:00 a.m.<br>Judge:  Hon. Kimberly J. Mueller<br>Courtroom:  3<br>Magistrate Judge:  Hon. Allison Claire<br>Courtroom:  26<br>Trial Date:  Not Set |

TO PLAINTIFF DOYLE DEAN HARTLINE:

PLEASE TAKE NOTICE that on June 8, 2016, at 10:00 a.m. or as soon thereafter as the matter may be heard by the above-entitled Court, located at 501 I Street, Courtroom 26, 8th Floor, Sacramento, CA 95814, defendant National University ("National") will move the Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for a Motion to Dismiss the Second Amended Complaint and all claims filed in the above-referenced action.

Even in his third bite at the apple, Plaintiff, acting in *pro per,* has failed to state any actionable claim against National. National brings its motion to dismiss the entirety of the Second

Amended Complaint on the following grounds, and seeks dismissal with prejudice because the claims cannot be amended to seek any recoverable relief:

1. Plaintiff's First Count for Fraud fails to state a claim against National because Plaintiff has failed to allege damages with specificity, as a matter of law. Fed. R. Civ. P. 12(b)(6).

2. Plaintiff's First Count for Fraud is also barred by the applicable statute of limitations. Fed. R. Civ. P. 12(b)(6).

3. Plaintiff Second Count for "COUNCELING [sic] DISABLED STUDENT TO ACCEPT LESSER CAREER TRAINING" fails to state a claim against National because Plaintiff has failed to allege damages with specificity, as a matter of law. Fed. R. Civ. P. 12(b)(6).

4. To the extent Plaintiff's Second Count is based on alleged misrepresentations regarding the placements of teachers, it is barred by the applicable statute of limitations. Fed. R. Civ. P. 12(b)(6).

Because Plaintiff does not have legal representation, National is exempt from this Court's requirement that counsel meet and confer with opposing counsel prior to bring a motion to dismiss.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: April 25, 2016

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: */s/ Sandra L. McDonough*
SANDRA L. McDONOUGH
EVAN A. PEÑA
Attorneys for Defendant NATIONAL UNIVERSITY

# PROOF OF SERVICE

**Hartline v. National University**
**Case No. 2:14:CV-0635 KJM AC PS**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 101 West Broadway, Ninth Floor, San Diego, CA 92101-8285.

On April 25, 2016, I served true copies of the following document(s) described as **DEFENDANT NATIONAL UNIVERSITY'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT NATIONAL UNIVERSITY'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT and [PROPOSED] ORDER GRANTING DEFENDANT NATIONAL UNIVERSITY'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** on the interested parties in this action as follows:

> Doyle Dean Hartline
> 2351 Wyda Way #516
> Sacramento, CA 95825
> Telephone: (916) 922-2544
> Plaintiff Pro Per

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List, with postage thereon fully prepaid. I placed each such envelope or package for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 25, 2016, at San Diego, California.

_____
Whitney W. Farrell