UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYLE DEAN HARTLAND,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNIVERSITY,<br><br>Defendant. | No. 2:14-cv-0635 KJM AC (PS)<br><br><br><br>ORDER |

Plaintiff is proceeding in this action in pro per and in forma pauperis.  This matter was referred to the undersigned by E.D. Cal. R. 302(c)(21).

On April 25, 2016, the defendant filed a motion to dismiss plaintiff's Second Amended Complaint.  ECF No. 66.  On May 6, 2016, plaintiff filed a motion for a sixty-day extension of time to respond to the motion to dismiss, based upon his medical conditions.  ECF No. 67.  Defendant has not responded to the request to date.

The court has reviewed the papers and concludes that plaintiff is entitled to an extension of time to oppose the motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 67) is GRANTED;

2. Plaintiff shall file his response to the motion to dismiss no later than July 25, 2016;

3. Defendant shall file its reply, if any, no later than August 8, 2016;

4. The hearing on the motion to dismiss, currently scheduled for June 8, 2016, is CONTINUED to August 17, 2016 at 10:00 a.m.

DATED: May 17, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE