UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYLE DEAN HARTLINE, | No. 2:14-cv-0635 KJM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| NATIONAL UNIVERSITY, | |
| Defendant. | |

Plaintiff is proceeding in this action in pro per and in forma pauperis. The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

On August 18, 2016, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty one days. ECF No. 74. Defendant has filed objections to the findings and recommendations. ECF No. 77. Plaintiff has filed a response to the findings and recommendations. ECF No. 78.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 18, 2016 (ECF No. 74) are adopted in full; and

2. Defendant's Motion to Dismiss (ECF No. 66) is denied.

DATED: March 2, 2017

_____
UNITED STATES DISTRICT JUDGE