UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYLE DEAN HARTLINE,<br><br>                Plaintiff,<br><br>        v.<br><br>NATIONAL UNIVERSITY,<br><br>                Defendant. | No. 2:14-cv-0635 KJM AC (PS)<br><br><br>ORDER |

Plaintiff is proceeding in this action in pro per. This proceeding was referred to the undersigned by E.D. Cal. R. 302(c)(21).

The Initial Status Conference is scheduled to proceed on May 17, 2017. See ECF No. 5. Plaintiff has not filed a Status Report. The court will exercise its discretion to proceed with the Status Conference based upon the information in defendant's report.

Therefore, IT IS HEREBY ORDERED that:

1. The May 17, 2017 Initial Status Conference is CONFIRMED;

2. Plaintiff is cautioned that he must participate in the conference, and that if he fails to appear, the undersigned may recommend that this action be dismissed for failure to prosecute.

DATED: May 5, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE