UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYLE DEAN HARTLINE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL UNIVERSITY,<br><br>　　　　　　Defendant. | No. 2:14-cv-00635-KJM-AC<br><br><br><br>ORDER |

The court is in receipt of plaintiff's filing labeled "Judicial Notice Adjudicative Facts." ECF No. 93. Based on the content of this motion, the court construes it as a motion to stay discovery. This motion requires responsive briefing, and will be heard on the papers. Defendant is hereby ordered to submit an opposition, or statement of non-opposition on or before December 6, 2017. Plaintiff may file a reply on or before December 13, 2017.

　　　　IT IS SO ORDERED.

DATED: November 16, 2017.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1