1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DOYLE DEAN HARTLINE,                        No.  2:14-cv-00635-KJM-AC

12                    Plaintiff,

13         v.                                     ORDER

14    NATIONAL UNIVERSITY,

15                    Defendant.

16

17         This court is in receipt of plaintiff's motion to compel (ECF No. 109), defendant's motion

18    for terminating sanctions (ECF No. 111), and defendant's ex parte application to hear the motion

19    for terminating sanctions and to extend the dispositive motions deadline (ECF No. 112).  As a

20    preliminary matter, the court notes that neither plaintiff's nor defendant's motions were timely

21    filed.  ECF No. 105.  Nonetheless, it is clear that discovery-related issues remain in this case and

22    require resolution.  "District courts have 'broad discretion to manage discovery and to control the

23    course of litigation under Federal Rule of Civil Procedure 16.'"  Krohne Fund, LP v. Simonsen,

24    681 F. App'x 635, 638 (9th Cir. 2017), quoting Hunt v. County of Orange, 672 F.3d 606, 616 (9th

25    Cir. 2012), LR 144.

26         In the interest of judicial economy and of having matters heard on the merits, the court

27    will GRANT defendant's ex parte application, ECF No. 112, and allow defendant's motion (ECF

28    No. 111) to be heard, but the court will also allow plaintiff's motion (ECF No. 109) to be heard.

The court will extend the dispositive motion deadline by 30 days.  In conclusion, the court

ORDERS as follows:

1. Defendant's ex parte application to extend deadlines, ECF No. 112, is GRANTED;

2. The hearing date of April 25, 2018 currently set for defendant's motion for terminating sanctions (ECF No. 111) is VACATED;

3. Plaintiff's motion to compel (ECF No. 109) and defendant's motion for terminating sanctions (ECF No. 111) will each be heard on May 16, 2018 at 10:00 a.m. in Courtroom 26 (AC).  The parties will file oppositions no later than May 2, 2018 and replies no later than May 9, 2018; and

4. The dispositive motions deadline set by ECF No. 89 is hereby extended to June 4, 2018.

IT IS SO ORDERED.

DATED: April 16, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE